UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-727-RJC

| ROBERT MCBRIDE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WADESBORO POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Reconsideration, (Doc. No. 12), of this Court's Order denying Plaintiff's Motion for Appointment of Counsel, (Doc. No. 11).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 12), is **DENIED**.

Signed: December 8, 2014

Robert J. Conrad, Jr.
United States District Judge

1