|  |  |  |
|---|---|---|
| ROBERT MCBRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| WADESBORO POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983. On October 9, 2014, following an initial review, this Court entered an order directing service of process on all named Defendants except for Defendant Wadesboro Police Department. (Doc. No. 9). The Clerk's office mailed summons forms to Plaintiff on the same date to be returned for processing, but Plaintiff did not return the summons forms to the Clerk for service of process. On June 12, 2015, this Court entered an order giving Plaintiff fourteen days to show cause for why he has not returned summons forms to the Court for service of process on the remaining Defendants and why this action should not be dismissed for failure to prosecute. (Doc. No. 14). The Court expressly warned Plaintiff that if he failed to respond to the Court's order, this action would be dismissed without prejudice and without further notice to Plaintiff.

Plaintiff has not responded to the Court's Show Cause Order, and the time to do so has passed. This action is, therefore, **DISMISSED** without prejudice.

The Clerk of this Court is respectfully instructed to close this case.

Frank D. Whitney
Chief United States District Judge